# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 18-15656-AIH | **Trustee Name:** Robert D. Barr |
| **Case Name:** | YANG, HEERAN | **Date Filed (f) or Converted (c):** 09/20/2018 (f) |
| **For the Period Ending:** | 1/14/2019 | **§341(a) Meeting Date:** 10/29/2018 |
| | | **Claims Bar Date:** 03/28/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Household Goods & Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | I Pad & Cell Phone | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Used clothing | $150.00 | $0.00 | | $0.00 | FA |
| 4 | jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 5 | PNC Bank (9319) (Paycheck directly deposited) | $119.63 | $0.00 | | $0.00 | FA |
| 6 | Chase Bank (Joint with husband) | $38.87 | $0.00 | | $0.00 | FA |
| 7 | Chase Bank (Joint with husband) | $24.16 | $0.00 | | $0.00 | FA |
| 8 | Avoidance Claims (Preferences/Fraudulent Conveyances) (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**

|  | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $1,632.66 | $1.00 | | $0.00 | $1.00 |

**Major Activities affecting case closing:**

12/18/2018    Investigation of disposition of sale of real estate, and potential avoidance claims. Review claims.

**Initial Projected Date Of Final Report (TFR):** 12/30/2019    **Current Projected Date Of Final Report (TFR):** 12/30/2019    /s/ ROBERT D. BARR

ROBERT D. BARR