# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 18-15656 | Trustee Name: | Robert D. Barr |
|---|---|---|---|
| Case Name: | YANG, HEERAN | Date Filed (f) or Converted (c): | 09/20/2018 (f) |
| For the Period Ending: | 12/31/2018 | §341(a) Meeting Date: | 10/29/2018 |
| | | Claims Bar Date: | 03/28/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Household Goods & Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | I Pad & Cell Phone | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Used clothing | $150.00 | $0.00 | | $0.00 | FA |
| 4 | jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 5 | PNC Bank (9319) (Paycheck directly deposited) | $119.63 | $0.00 | | $0.00 | FA |
| 6 | Chase Bank (Joint with husband) | $38.87 | $0.00 | | $0.00 | FA |
| 7 | Chase Bank (Joint with husband) | $24.16 | $0.00 | | $0.00 | FA |
| 8 | Avoidance Claims (Preferences/Fraudulent Conveyances) (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)** | | | | | | **Gross Value of Remaining Assets**
| | $1,632.66 | $1.00 | | $0.00 | $1.00 |

**Major Activities affecting case closing:**

12/18/2018   Investigation of disposition of sale of real estate, and potential avoidance claims. Review claims.

**Initial Projected Date Of Final Report (TFR):** 12/30/2019    **Current Projected Date Of Final Report (TFR):** 12/30/2019    /s/ ROBERT D. BARR
ROBERT D. BARR